UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH FIELDER, | ) |
| | ) NO. 2:11-cv-01688-RSM |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER OF |
| | ) DISMISSAL |
| STERLING PARK HOMEOWNER'S | ) |
| ASSOCIATION, WAVERLY HAGEN, | ) (Clerk's Action Required) |
| DON SHOEMAKER, and DONNA | ) |
| VANBRAMER, | ) |
| | ) |
| Defendants. | ) |

## I.   STIPULATION

COME NOW the parties by and through their attorneys of record and hereby stipulate and agree to the dismissal of all claims against defendants and all counterclaims against plaintiff in above-captioned matter should be dismissed with prejudice and without costs awarded to any party.

DATED this 16th day of July, 2013.

McGAUGHEY BRIDGES DUNLAP, PLLC        MACDONALD, HOAGUE & BAYLESS

_____               _____
Shellie McGaughey, WSBA #16809          Jesse Wing, WSBA #27751
Attorney for Defendants                 Attorney for Plaintiff

STIPULATION FOR AND
ORDER OF DISMISSAL -1-

McGaughey Bridges Dunlap PLLC
325 – 118th Avenue Southeast, Suite 209
Bellevue, Washington 98005 – 3539
(425) 462 – 4000
(425) 637 – 9638 Facsimile

FORSBERG & UMLAUF

*(signature)*

Paul S. Smith, III, WSBA #28099
Attorney for Defendant Shoemaker

## II. ORDER

THIS MATTER having come before the court upon the stipulation of the parties for an Order of Dismissal, this court being familiar with the file and in consideration of the forgoing Stipulation it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims against defendants and all counterclaims against plaintiff are dismissed with prejudice and without costs awarded to any party.

DONE IN OPEN COURT this ____ day of _____, 2013.

_____
Judge Ricardo S. Martinez

PRESENTED JOINTLY, NOTICE OF
PRESENTATION WAIVED BY BOTH PARTIES:

McGAUGHEY BRIDGES DUNLAP, PLLC      MACDONALD, HOAGUE & BAYLESS

*(signature)*                        *(signature)*

Shellie McGaughey, WSBA #16809       Jesse Wing, WSBA #27751
Attorney for Defendants              Attorney for Plaintiff

FORSBERG & UMLAUF

*(signature)*

Paul S. Smith, III, WSBA #28099
Attorney for Defendant Shoemaker

STIPULATION FOR AND
ORDER OF DISMISSAL -2-

McGaughey Bridges Dunlap PLLC
325 – 118th Avenue Southeast, Suite 209
Bellevue, Washington 98005-3539
(425) 462-4000
(425) 637-9638 Facsimile